UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABBIR HOSSAIN RAFIK ULLAH,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                           Respondents. | Case No.:  3:26-cv-2165-CAB-DDL<br><br>**ORDER REQUIRING BOND HEARING** |

Pending before the Court is Petitioner Sabbir Hossain Rafik Ullah's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 7 ("Petition").] Petitioner asserts that he has been in immigration detention since February 18, 2025 without a bond hearing in violation of the Fifth Amendment.  [*Id.* at 2–7.]  The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 9 at 1–2.]

///

///

///

///

Accordingly, the Court **ORDERS** the government to provide Petitioner an individualized bond hearing before an immigration judge by **May 20, 2026**. The Clerk of the Court shall close the case on **May 26, 2026** unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  May 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge